IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                          ) | CASE NO. CR422-115 |
| ) | |
| OMAR LOCKHART,              ) | |
| ) | |
| Defendant.              ) | |

## O R D E R

Before the Court is the Magistrate Judge's May 10, 2023, Report and Recommendation (Doc. 38), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 38) is **ADOPTED** as the opinion of the Court, and the Court finds defendant competent to stand trial pursuant to 18 U.S.C. § 4241.

SO ORDERED this 26th day of May 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).